# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JESSICA GUNTER,

    Plaintiff,

v.                                                 Case No: 8:20-cv-1546-T-36TGW

CCRC OPCO-FREEDOM SQUARE, LLC,
HEALTHPEAK PROPERTIES, INC.,
BROOKDALE SENIOR LIVING, INC.,
BKD TWENTY-ONE MANAGEMENT
COMPANY, INC., AMERICAN
RETIREMENT CORPORATION, LIFE
CARE SERVICES LLC and CYNTHIA
AYALA,

    Defendants.

_____

## **DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

  X          IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

1. Estate of Donald Jack vs. CCRC OPCO Freedom Square, et al, Case No. 20-002755-CI, Sixth Judicial Circuit, Pinellas County, Florida
2. In Re: The Estate of Donald Jack, Case No. 20-004321-ES, Sixth Judicial Circuit, Pinellas County, Florida
3. Jessica Gunter vs. In Re, Case No. 20-002206-CI, Sixth Judicial Circuit, Pinellas County, Florida
4. In Re: Donald John Jack, Case No. 20-003821-ES, Sixth Judicial Circuit, Pinellas County, Florida

             IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Respectfully submitted this 23rd day of July, 2020.

1

*QUINTAIROS, PRIETO, WOOD & BOYER, P.A.*

*/s/ Robin N. Khanal*
**ROBIN N. KHANAL, ESQUIRE**
Florida Bar No.: 0571032
**CHRSTOPHER E. BROWN, ESQUIRE**
Florida Bar No.: 0071568
RNK.pleadings@qpwblaw.com
255 S. Orange Ave., Suite 900
Orlando, Florida 32801
Tel: (407) 872-6011
Fax: (407) 872-6012
*Attorneys for Defendants, CCRC OPCO-Freedom Square, LLC; Healthpeak Properties, Inc.; Brookdale Senior Living, Inc.; BKD Twenty-One Management Company, Inc.; American Retirement Corporation; Life Care Services, LLC; and Cynthia Ayala*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JESSICA GUNTER,

    Plaintiff,

v.    Case No: 8:20-cv-1546-T-36TGW

CCRC OPCO- FREEDOM SQUARE, LLC, HEALTHPEAK PROPERTIES, INC., BROOKDALE SENIOR LIVING, INC., BKD TWENTY-ONE MANAGEMENT COMPANY, INC., AMERICAN RETIREMENT CORPORATION, LIFE CARE SERVICES LLC and CYNTHIA AYALA,

    Defendants.

_____

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following parties of record below and by depositing a true copy of the same in the U.S. Mail, with adequate postage affixed thereon, addressed as follows:

> Bennie Lazzara, Jr.
> James L. Wilkes, II
> Jason R. Delgado
> Wilkes & McHugh, P.A.
> 1 N. Dale Mabry Highway, Suite 700
> Tampa, Florida 33609

Respectfully submitted this 23rd day of July, 2020.

*QUINTAIROS, PRIETO, WOOD & BOYER, P.A.*

*/s/ Robin N. Khanal*
**ROBIN N. KHANAL, ESQUIRE**
Florida Bar No.: 0571032
**CHRSTOPHER E. BROWN, ESQUIRE**
Florida Bar No.: 0071568
RNK.pleadings@qpwblaw.com
255 S. Orange Ave., Suite 900
Orlando, Florida 32801
Tel: (407) 872-6011
Fax: (407) 872-6012
*Attorneys for Defendants, CCRC OPCO-Freedom Square, LLC; Healthpeak Properties, Inc.; Brookdale Senior Living, Inc.; BKD Twenty-One Management Company, Inc.; American Retirement Corporation; Life Care Services, LLC; and Cynthia Ayala*