IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE ESTATE OF DONALD J. JACK, by
and through JESSICA GUNTER, Personal
Representative,

      Plaintiff,

v.                                                                     Case No. 8:20-cv-01546-CEH-TGW

CCRC OPCO-FREEDOM SQUARE,
LLC, et al.

      Defendants.

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO STAY

Plaintiff, the Estate of Donald J. Jack, by and through Jessica Gunter, Personal Representative, and by and through undersigned counsel, pursuant to Local Rule 3.01 (c) and (d), seeks leave to file a ten (10) page reply in support of Plaintiff's Motion to Stay Discovery. In support, Plaintiff states:

This case concerns the injuries, damages, and untimely death of Donald J. Jack due to Defendants' actions and omission during his residency at Seminole Pavilion Rehabilitation and Nursing Services. Plaintiff commenced her action by filing the Complaint in Pinellas County, Florida, (Doc. 1-1), which Defendants subsequently removed contending that Plaintiff's claims are completely preempted by the Public Readiness and Emergency Preparedness Act ("PREP Act"). (Doc. 1).

On August 7, 2020, Plaintiff moved to remand and concurrently filed an Unopposed Motion to Stay discovery pending a ruling on her remand motion. (Docs. 33, 34).  Thirty-

three (33) days later, Defendants filed their Opposition to Plaintiff's Motion to Stay. (Doc. 40). Defendants' Opposition is untimely under Local Rule 3.01(b). And, to the extent Defendants' Opposition is construed as a motion under Local Rule 3.01(a), it fails to include a memorandum of legal authority in support of their request for discovery. Nevertheless, if the Court considers Defendants' untimely Opposition or construes the Opposition as a motion to conduct discovery, Plaintiff seeks leave to file a Reply.

"The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Tardif v. People for Ethical Treatment of Animals*, No. 2:09-CV-537-FTM-29, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011). District courts have broad discretion to grant a party leave to file a reply. *In re: Fiddler's Creek, LLC*, No. 2:14-CV-379-FTM-29CM, 2016 WL 5929283, at *1 (M.D. Fla. Oct. 12, 2016). And, that "broad discretion necessarily requires a showing of good cause for leave to reply." *Id.* (citing cases). Here, good cause is shown.

When Plaintiff filed her Motion to Stay, Defendants did not oppose the Motion and did not express their intent to seek discovery related to federal question jurisdiction. Thirty-three (33) days later, Defendants filed their opposition and seek leave to conduct jurisdictional discovery. Due to Defendants' belated change of heart, Plaintiff did not brief Defendants' noted opposition or the issue of discovery related to federal question jurisdiction. As such, if the Court consider Defendants' untimely Opposition or otherwise construes their Opposition as a motion, Plaintiff seeks leave to file a ten (10) page reply to address Defendants' Opposition and request for federal question jurisdictional discovery. Plaintiff's request comports with the purpose of a reply and good cause exists to permit a

reply.

Accordingly, Plaintiff requests that the Court grant her Unopposed Motion to file a ten (10) page reply in support of her Motion to Stay within seven (7) days of an order granting the same.

### Local Rule 3.01(g) Certification

Counsel for Plaintiff conferred with Counsel for Defendant who consents to the relief requested herein.

Dated: September 11, 2020

Respectfully submitted,

*/s/ Bennie Lazzara, Jr.*
**Bennie Lazzara, Jr.**
Florida Bar No. 119568
**James L. Wilkes, II**
Florida Bar No. 405337
**Jason R. Delgado**
Florida Bar No. 0591122
**Wilkes & McHugh, P.A.**
One North Dale Mabry, Suite 800
Tampa, Florida 33609
Telephone (813) 873-0026
Facsimile (813) 286-8820
bennie@wilkesmchugh.com
bxlstaff@wilkesmchugh.com
Jdelgado@wilkesmchugh.com
TPAJRDStaff@wilkesmchugh.com
fl@wilkesmchugh.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2020, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will send a

notice of electronic filing to the following ECF participants:

> Robin N. Khanal, Esquire
> Christopher E. Brown, Esquire
> QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
> 255 S. Orange Avenue, Suite 900
> Orlando, FL 32801
> Telephone (407) 872-6011
> Facsimile (407) 872-6012
> RNK.pleadings@qpwblaw.com
> *Attorneys for Defendants*

> */s/ Bennie Lazzara, Jr.*
> **Bennie Lazzara, Jr.**
> Florida Bar No. 119568
> **James L. Wilkes, II**
> Florida Bar No. 405337
> **Jason R. Delgado**
> Florida Bar No. 0591122
> **Wilkes & McHugh, P.A.**
> One North Dale Mabry
> Suite 800
> Tampa, Florida 33609
> Telephone (813) 873-0026
> Facsimile (813) 286-8820
> bennie@wilkesmchugh.com
> bxlstaff@wilkesmchugh.com
> Jdelgado@wilkesmchugh.com
> TPAJRDStaff@wilkesmchugh.com
> fl@wilkesmchugh.com
> *Attorneys for Plaintiff*